CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant
DANIEL SALINAS

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>DANIEL SALINAS,  )<br>  )<br>          Defendant.  ) | Case No.: 1:08-cr-00338 OWW<br><br>STIPULATION AND ORDER  TO CONTINUE STATUS CONFERENCE AND MOTION HEARING<br><br>Date:  December 14, 2009<br>Time:  9:00 am<br>Honorable Oliver W. Wanger |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference and hearing on defendant's motions in this matter is currently set for December 14, 2009 at 9:00 am.

By agreement of the parties, it is requested that the status conference be continued until January 19, 2010 at 9:00 am.

The reason for this request is that counsel is the defendant's third attorney and the discovery is voluminous and requires significant time to review and to determine what, if any, pretrial motions should be filed.  Further there is a plea offer outstanding that must be evaluated regarding whether or not counsel will advise the defendant to accept it.

 It is further stipulated that the time between December 14, 2009 and January 19, 2010 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections

3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow the defendant reasonable time to review all available discovery, taking into account the exercise of due diligence, to allow sufficient time to analyze the plea offer of the government.

Based on the above, it is respectfully requested that the status conference and motion hearing be continued as set forth above.

Dated:  December 10, 2009            Respectfully submitted,


/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant

BENJAMIN B. WAGNER
United States Attorney


By   /s/ Dawrence W. Rice__
DAWRENCE W. RICE
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference currently set for December 14, 2009, at 9:00 am, be continued to January 19, 2010 at 9:00 am.

It is further ORDERED that the time between December 14, 2009 and January 19, 2010 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow the defendant reasonable time to review all available discovery, taking into account the exercise of due diligence, and to allow for analysis of the government's plea offer.

DATED:  December 11, 2009

/s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com