CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
DANIEL SALINAS

# IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>　　　　Plaintiff,  <br>　　　vs.  <br>DANIEL SALINAS,  <br>　　　　Defendant. | Case No.: 1:08-cr-00338 OWW  <br><br>ORDER FOR LAW LIBRARY ACCESS |

　　　It is hereby ORDERED that the above-named defendant be granted access to the law library at the Fresno County Jail, consistent with the regulations and security guidelines of the institution.

DATED: February  16, 2010

　　　　　　　　　　　　　　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com