CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
DANIEL SALINAS

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL SALINAS,<br><br>　　　　　Defendant. | Case No.: 1:08-cr-00338 OWW<br><br>SUPPLEMENTAL REQUEST FOR MODIFICATIN OF COURT SCHEDULE; ORDER<br><br>Date:  April 29, 2010<br>Time:  2:00 pm<br>Honorable Oliver W. Wanger |

　　　　Counsel for defendant Daniel Salinas submits the following request to modify the court's schedule in the trial of this matter as follows, and for the reasons set forth below.

　　　　It is the defense's request that the trial in this matter which is set to commence on April 29, 2010, at 2:00pm, be convened, instead, at 10:00 am to allow defense counsel to appear in Tulare County Superior Court to argue a motion to dismiss, that is scheduled to be heard at 8:30 that morning, before the Honorable Joseph Kalashian.  I will ask for priority from Judge Kalashian, so that I will arrive at the time indicated.  This request has been discussed with counsel for the government, Assistant United States Attorney Duce Rice, and he has no objection.

　　　　As stated in my earlier request, I certainly realize that I am requesting an extraordinary courtesy from the court, and government counsel, and I would not be making this request except

1  ///

2  for the extremely serious nature of the Jones case and the importance of the pending motion.

3  DATED:  April 27, 2010

<pre>
                                          /s/  Carl M. Faller
                                          CARL M. FALLER
                                          Attorney for Defendant
</pre>

ORDER:

      Upon the application of counsel and good cause appearing therefore, it is hereby Ordered that the trial in this matter currently set to commence on April 29, 2010 shall commence at 10:00 am on that date.

DATED:  April 28, 2010

<pre>
                                          /s/ OLIVER W. WANGER
                                          OLIVER W. WANGER
                                          Senior United States District Judge
</pre>

PDF created with pdfFactory trial version www.pdffactory.com