CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIEL SALINAS<br><br>　　　　Defendant. | Case No.: 1:08-cr-00338 OWW<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |

　　　　It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

　　　　The sentencing hearing in this matter is currently set for July 19, 2010 at 9:00 am.  By agreement of the parties it is stipulated and respectfully requested that this hearing be continued until August 30, 2010 at 9:00 am.

　　　　The reason for the continuance is to allow defense counsel to arrange for defendant to be evaluated by a psychiatrist prior to sentencing who will then report to the court concerning defendant's mental status.  The basis for conducting such examination is that, following the defendant's plea, members of his family reported to counsel that there was a history of mental illness in defendant's family and that he had demonstrated symptoms of mental disturbance, including hearing voices, during periods of his adult life.  It is the defendant's desire, and that of counsel, that the court have benefit of this information at the time of defendant's sentencing.

1  Neither defendant, nor his counsel, intend use this information, in any way, to impair defendant's
2  plea, and in this regard defendant has signed the post-plea agreement, which has been filed with
3  the court.
4  Dated:  July 15, 2010

/s/  Carl M. Faller\_\_\_\_\_
CARL M. FALLER
Attorney for Defendant


BENJAMIN B. WAGNER
United States Attorney


By  /s/ Dawrence W. Rice\_\_\_
DAWRENCE W. RICE
Assistant U.S. Attorney
Attorney for the United States


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for July 19, 2010, at 9:00 am, be continued to August 30, 2010 at 9:00 am.

1  IT IS SO ORDERED.

2  Dated:  **July 15, 2010**                              **/s/ Oliver W. Wanger**
3                                                                         UNITED STATES DISTRICT JUDGE