1  CARL M. FALLER  SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  559-226-1534
   carl.faller@fallerdefense,com
4

5  Attorney for Defendant

6

7

8

                    **IN THE UNITED STATED DISTRICT COURT**

                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  1:08-cr-00338 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING; ORDER |
| vs. ) | |
| ) | |
| DANIEL SALINAS ) | |
| ) | |
| Defendant. ) | |

       It is hereby stipulated by and between the parties hereto, through their respective

attorneys of record, as follows:

       The sentencing hearing in this matter is currently set for August 30, 2010 at 9:00 am.  By

agreement of the parties it is stipulated and respectfully requested that this hearing be continued

until September 27, 2010 at 9:00 am.

       The reason for the continuance is to allow for completion of a psychiatric report by a

psychiatrist appointed by the court for use at sentencing.

///

///

///

///

///

Dated: August 26, 2010

           /s/ Carl M. Faller\_\_\_\_\_  
           CARL M. FALLER  
           Attorney for Defendant

           BENJAMIN B. WAGNER  
           United States Attorney

By   /s/ Dawrence W. Rice\_\_\_  
     DAWRENCE W. RICE  
     Assistant U.S. Attorney  
     Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for September 30, 2010, at 9:00 am, be continued to September 27, 2010 at 9:00 am.

IT IS SO ORDERED.

Dated: **August 27, 2010**          **/s/ Oliver W. Wanger**  
                                               UNITED STATES DISTRICT JUDGE