CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
DANIEL SALINAS

**IN THE UNITED STATED DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL SALINAS,<br><br>　　　　　Defendant. | Case No.: 1:08-cr-00338 OWW<br><br>APPLICATION FOR ORDER TO ALLOW CONTACT  VISIT FOR PSYCHIATRIC EXMINATION; ORDER |

　　　The court has previously appointed A.A. Howsepian, M.D., to conduct a psychiatric examination of the defendant for use at sentencing.  Security procedures now in place at the Fresno County Jail require a separate and specific order of the court stating that the psychiatrist appointed by the court be allowed a contact visit with the defendant to conduct the evaluation.

　　　It is therefore requested that the court issue such an order directing the Fresno County Sheriff's Department to allow a contact visit between A.A. Howsepian, M.D., and the defendant, for purposes of conducting a psychiatric evaluation.

**ORDER:**

Based on the above application, and good cause appearing, it is hereby ORDERED that A.A. Howsepian, M.D., be granted a contact visit with the defendant, Daniel Salianas, at the Fresno County Jail, for the purpose of performing a psychiatric evaluation for use at sentencing.

IT IS SO ORDERED.

Dated:   **September 15, 2010**           **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE