CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:08-cr-00338 OWW |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | |
| DANIEL SALINAS | |
| Defendant. | |

  It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

  The sentencing hearing in this matter is currently set for September 27, 2010 at 9:00 am. By agreement of the parties it is stipulated and respectfully requested that this hearing be continued until October 25, 2010 at 9:00 am.

  The reason for the continuance is to allow for completion of a psychiatric report by the

///
///
///
///
///
///

psychiatrist appointed by the court for use at sentencing.  The defendant acknowledges that no further continuances will be agree to by the government and represents that the matter will proceed on the new date.

Dated:  September 23, 2010

        /s/  Carl M. Faller_____
        CARL M. FALLER
        Attorney for Defendant


        BENJAMIN B. WAGNER
        United States Attorney


By  /s/ Dawrence W. Rice___
      DAWRENCE W. RICE
      Assistant U.S. Attorney
      Attorney for the United States


    ORDER:

    Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for September 27, 2010, at 9:00 am, be continued to October 25, 2010 at 9:00 am.

IT IS SO ORDERED.

Dated: September 24, 2010        /s/ OLIVER W. WANGER
                                           United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com