UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>DANIEL SALINAS,<br><br>            Defendant. | 1:08-cr-00338-OWW<br><br>ORDER DENYING REQUEST FOR COURT RECORDS (Doc. 72) |

## I. INTRODUCTION.

Defendant Daniel Salinas ("Defendant") pled guilty to various offenses pursuant to a plea agreement. (Doc. 60). Judgment was entered against Defendant on October 29, 2010. (Doc. 70).

On February 28, 2011, Defendant filed a "Motion for the request of trial and court records and to proceed pro se and in forma pauperis." (Doc. 72). Pursuant to 28 U.S.C. § 753(f):

> Fees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. 3006A), or in habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes. Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

28 U.S.C. § 753(f)(2011).

Defendant's case has proceeded to judgment on his guilty pleas. Defendant has not filed a motion pursuant to 28 U.S.C. § 2255. A convicted person is not entitled to copies of transcripts or other court records at Government expense until he actually brings a post-conviction motion. *See United States v. Lucatero*, 2007 U.S. Dist. LEXIS 45823, 2007 WL 1747077 (E.D.Cal.2007); *United States v. Soto-Valdez*, 2009 U.S. Dist. LEXIS 47907, 2009 WL 1311954 (D.Ariz.2009). Therefore, the Court is without authority to order the Clerk of the Court to provide copies of the requested documents. Defendant's request for court records is DENIED.

Defendant's application to proceed in forma pauperis establishes that he is unable to pay or give security for filing fees. Good cause having been shown, Defendant's motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

**Dated:    March 11, 2011**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE