IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0338 LJO |
| Plaintiff, | **ORDER TO DENY APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| vs. | (Doc. 84.) |
| DANIEL SALINAS, | |
| Defendant. / | |

This Court DENIES as moot defendant's application to proceed in forma pauperis given that this criminal action is a closed and no matters are before this Court.

IT IS SO ORDERED.

**Dated:   March 16, 2012**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1