UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | CASE NO. CR F 08-0338 LJO |
| Plaintiff, | **ORDER ON CERTIFICATE OF APPEALABILITY**<br>(Doc. 94) |
| vs. | |
| DANIEL SALINAS, | |
| Defendant. | |

The Ninth Circuit Court of Appeals remanded this matter for consideration of a certificate of appealability ("COA"). This Court references the Ninth Circuit to this Court's March 15, 2013 order (doc. 89), at page 4, line 4 where this Court denied a COA. This Court CONFIRMS its COA denial.

IT IS SO ORDERED.

Dated:   **October 25, 2013**          **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28