# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00338-LJO |
| Plaintiff-Respondent, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| DANIEL SALINAS, | |
| Defendant-Petitioner. | (ECF No. 103) |

On June 23, 2016, Petitioner Daniel Salinas, through the Federal Defender's Office, filed a motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255, raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). ECF No. 103. Petitioner simultaneously filed an application to the Ninth Circuit for leave to file a second or successive § 2255 motion. *Id.* On March 21, 2017, the Ninth Circuit granted Petitioner's application to file a second or successive § 2255 motion. ECF No. 102. Accordingly,

**IT IS HEREBY ORDERED** that the Government shall file a response to Petitioner's § 2255 motion on or before **April 25, 2017**. From the date of the Government's filing, Petitioner shall have **30 days** to file a reply.

IT IS SO ORDERED.

Dated:   **March 24, 2017**              /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE